IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KHAMBREL LEMAN HADLEY,

     Appellant,

 v.                                                                      Case No.  5D16-2807

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed March 23, 2018

Appeal from the Circuit Court
for Volusia County,
Terence R. Perkins, Judge.

Terrence E. Kehoe, of Law Office of
Terrence E. Kehoe, Orlando, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     We agree that the trial court should enter an amended final judgment and sentence

incorporating the changes identified in the trial court's order of June 20, 2017, granting

Appellant's motion to correct sentencing errors. We remand this matter for that purpose.[1]

After careful consideration, we affirm as to all other issues raised in this appeal without further discussion.

AFFIRMED; REMANDED FOR ENTRY OF AMENDED JUDGMENT.

PALMER, WALLIS, and EDWARDS, JJ., concur.

---

[1] The State concedes that the court should have entered an amended judgment. Our review of the trial court records confirms that no amended judgment has been entered.